1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  SCOTT ALAN FREEBURG,

9                              Petitioner,

10      v.

11  DONALD HOLBROOK,

12                              Respondent.

Case No. C12-376-JLR-BAT

**ORDER STAYING AND ABEYING
FEDERAL HABEAS
PROCEEDINGS**

13      The Court, having reviewed respondent's unopposed motion to stay and abey the 28 U.S.C.

14  § 2254 habeas petition, and the Report and Recommendation of the Honorable Brian A.

15  Tsuchida, United States Magistrate Judge, finds and Orders as follows:

16          1.  The Report and Recommendation is **ADOPTED**;

17          2.  Respondent's motion to stay (Dkt. 14) is **GRANTED**;

18          3.  This matter is hereby **STAYED** until 30 days after the certificate of finality is filed

19              in the pending state-court, post-conviction proceeding;

20          4.  The parties shall **each** file a report advising Magistrate Judge Tsuchida of the state-

21              court, post-conviction proceeding **every 120 days**, beginning 120 days after the date

22              of this Order;

23          5.  All pending deadlines are **STRICKEN** and respondent's Answer shall be filed

ORDER STAYING AND ABEYING FEDERAL HABEAS
PROCEEDINGS- 1

within 45 days after the stay is lifted; and

6. The Clerk is directed to send a copy of this Order to petitioner and to Magistrate Judge Tsuchida.

DATED this **19th** day of July, 2012.

JAMES L. ROBART
United States District Judge

ORDER STAYING AND ABEYING FEDERAL HABEAS
PROCEEDINGS- 2