1
2
3
4
5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8  SCOTT ALAN FREEBURG,

9                    Petitioner,           Case No. C12-376 JLR-BAT

10        v.                                **ORDER GRANTING MOTION TO
                                            AMEND AND DENYING MOTION**
11 DONALD HOLBROOK,                         **FOR COUNSEL**

12                   Respondent.

13       On March 7, 2014, the Court lifted the stay of this action and directed Respondent to file

14 an answer to Mr. Freeburg's habeas petition by April 22, 2014.  Dkt. 31.  On April 4, 2014, Mr.

15 Freeburg moved for leave to amend his petition.  Dkt. 32.  Mr. Freeburg also moves for the

16 appointment of counsel.  Dkt. 33.  Respondent opposes the appointment of counsel, but is not

17 opposed to Petitioner's proposed amendment.  Dkts. 34 and 35, respectively.

18                                  **DISCUSSION**

19 **A.    Amendment of Petition**

20       Although Respondent has not yet answered the petition, because more than 21 days have

21 passed since Mr. Freeburg filed his original petition, Mr. Freeburg may amend the petition only

22 by leave of the Court.  Fed. R. Civ. P. 15(a).  Leave to amend is generally freely given, the

23 decision to grant a motion to amend is within the discretion of the Court.  *Foman v. Davis*, 371

ORDER GRANTING MOTION TO AMEND AND DENYING
MOTION FOR COUNSEL- 1

U.S. 178, 182 (1962); *Ruffolo v. Oppenheimer & Co.*, 987 F.2d 129, 131 (2nd Cir. 1993).

Mr. Freeburg did not submit a proposed amended petition, but he indicates in his motion that the amendment would add the claims asserted in his recent state court proceedings. Dkt. 32. Respondent does not oppose the proposed amendment. Dkt. 35. Mr. Freeburg is granted leave to file an amended petition and must set forth all the claims he wishes to pursue in this proceeding.

**B.    Motion for Counsel**

There is no right to have counsel appointed in cases brought under 28 U.S.C. §2254, unless an evidentiary hearing is required or such appointment is "necessary for the effective utilization of discovery procedures." *McCleskey v. Zant*, 499 U.S. 467, 495 (1991); *United States v. Duarte-Higareda*, 68 F.3d 369, 370 (9th Cir. 1995); *United States v. Angelone*, 894 F.2d 1129, 1130 (9th Cir. 1990); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983); Rules Governing Section 2254 Cases in the United States District Courts 6(a) and 8(c). The Court also may appoint counsel "at any stage of the case if the interest of justice so require." *Weygandt*, 718 F.2d at 754. In deciding whether to appoint counsel, however, the Court "must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." *Id.*

Mr. Freeburg has not requested that he be allowed to conduct discovery in this matter nor does the Court find good cause for granting him leave to do so at this stage of the proceedings. *See* Rule Governing Section 2254 Cases in the United States District Courts 6(a). The Court has not determined that an evidentiary hearing will be required, nor does it appear one is needed at this time. *See* Rule Governing Section 2254 Cases in the United States District Courts 8(c).

ORDER GRANTING MOTION TO AMEND AND DENYING
MOTION FOR COUNSEL- 2

Mr. Freeburg does not show a need for appointment of counsel at this time. Mr. Freeburg has been able to file his initial petition, the present motion for appointment of counsel, and a motion to amend his petition. Mr. Freeburg does not show the interests of justice require the appointment of counsel at this time.

Accordingly, it is **ORDERED:**

1. Petitioner's motion to amend (Dkt. 32) is **GRANTED.** Petitioner shall file his amended petition **on or before May 30, 2014.** Respondent shall have **30 days** from the filing of the amended petition to file an answer.

2. Petitioner's motion to appoint counsel (Dkt. 33) is **DENIED.**

3. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

DATED this 9th day of April, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO AMEND AND DENYING
MOTION FOR COUNSEL- 3