UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT ALAN FREEBURG,<br><br>    Petitioner,<br><br>v.<br><br>DONALD HOLBROOK,<br><br>    Respondent. | Case No. C12-376 JLR-BAT<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED** with prejudice;

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 15th day of August, 2014.

                                                _____
                                                JAMES L. ROBART
                                                United States District Judge

ORDER OF DISMISSAL- 1

# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT ALAN FREEBURG,

    Petitioner,

v.

DONALD HOLBROOK,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.  C12-376 JLR-BAT

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. Petitioner's 28 U.S.C. § 2254 habeas petition is **DENIED** with prejudice. Petitioner is **DENIED** issuance of a certificate of appealability.

Dated this 15th day of August, 2014.

WILLIAM M. MCCOOL
Clerk

/S MARY DUETT
Deputy Clerk